

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann

ATTORNEY GENERAL

AUSTIN 11, TEXAS

Hon. C. H. Robinson, D.S.C., Secretary
Texas State Board of Chiropody Examiners
Fair Building
Fort Worth, Texas

Dear Sir:

Opinion No. O-2676
Re: May Article 778a of the Penal
Code be made the basis for a
criminal prosecution?

We have received your letter of recent date
requesting the opinion of this department upon the above
stated question. Your letter reads, in part, as follows:

"The Texas State Board of Chiropody Exam-
iners has had brought to its attention an in-
stance where a licentiate of the said board prac-
tices chiropody in this State, under a name
other than his own proper name, which appears
upon his license certificate, as issued by the
State Board of Chiropody Examiners.

* * * *

* * *

"The question is: In your opinion is Ar-
ticle 778-a, a part of Article 778, by Article
778-a, being added thereto? Or is Article 778-a,
a new Article without a penalty provision as
contained in Article 778? In short, could the
said Board prosecute under Article 778-a? * * * "

May we restate your question to read:

"May Article 778a of the Penal Code be
made the basis for a criminal prosecution?"

Article 778a of the Penal Code reads:

"Art. 778a. NAME UNDER WHICH ONE MAY PRACTICE
CHIROPODY
It shall be unlawful for any person or per-
sons to practice chiropody in this State under
the name of a corporation, company, association,
joint stock company or partnership, or trade
name, or under any name other than his own proper
name, which shall be the name in his license,
as issued by the State Board of Chiropody Exam-
iners. Each day of violation of the Article
shall constitute a separate offense."

Article 778 of the Penal Code, as amended by the Forty-sixth Legislature, provides for a penalty of a fine of not less than $100.00 nore more than $500.00, or by imprisonment in the county jail for not less than 30 days nor more than six months, or by both such fine and imprisonment for certain specified violations set forth in said Article.

Article 778a, supra, was enacted by the Forty-sixth Legislature as a new Article amending Chapter 11, Title 12 of the Penal Code. The mere fact that the Legislature included Article 778a in the same Act which amended Article 778 does not make Article 778a a part of said amended Article 778.

No penalty is provided in Article 778a for violation of the provisions of said Article, and there is no general penalty statute contained in Chapter 11, Title 12 of the Penal Code. Therefore, in view of the fact that there is no penalty provided for a violation of Article 778a, it is the opinion of this Department that said Article may not be made the basis for a criminal prosecution.

Trusting that the above satisfactorily disposes of your inquiry, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /s/ D. Burle Daviss
D. Burle Daviss
Assistant

APPROVED SEPT. 4, 1940
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

DBD:ob:jrb

APPROVED OPINION COMMITTEE
BY BWB, Chairman